UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**EULOGIO MORA,**

        **Plaintiff,**

v.                                                    9:17-CV-0780 (BKS/DEP)

**P. KIRKPATRICK, et al.,**

        **Defendants.**
_____

**APPEARANCES:**

Eulogio Mora
03-A-5105
Clinton Correctional Facility
P.O. Box 2000
Dannemora, NY 12929
Plaintiff, pro se

Joshua E. McMahon, Esq.
Hon. Eric T. Schneiderman
Office of New York State Attorney General
The Capitol
Albany, NY 12224
Attorney for Defendants

**Hon. Brenda K. Sannes, United States District Court Judge**

### DECISION AND ORDER

      Plaintiff Eulogio Mora commenced this action pro se under 42 U.S.C. § 1983 while he was an inmate at the Clinton Correctional Facility. (Dkt. Nos. 1, 2). On September 27, 2017, this Court issued an Order granting Plaintiff's application to proceed in forma pauperis, and directing service of the complaint as to Plaintiff's Eighth Amendment excessive force claim against Defendant Drolette and First Amendment retaliation claims against Defendants Drolette,

Devlin, Rabiduo, and Kirkpatrick. (Dkt. No. 8). That order was mailed to Plaintiff at the Clinton Correctional Facility, but returned to the Court as undeliverable with an envelope indicating that Plaintiff had been released. (Dkt. No. 10). On November 3, 3017, Magistrate Judge David E. Peebles issued a Report and Recommendation recommending that Plaintiff's complaint be dismissed for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure. Magistrate Judge Peebles advised Plaintiff that, under 28 U.S.C. § 636(b)(1), he had fourteen days within which to file written objections to the report and that the failure to object to the report within fourteen days would preclude appellate review. (Dkt. No. 13, at 6-7). On November 6, 2017, a text order issued by Magistrate Judge Peebles on October 31, 2017 and mailed to Plaintiff was returned to the Court as undeliverable. (Dkt. No. 14). On November 13, 2017, the Report and Recommendation mailed to the Plaintiff was returned as undeliverable. (Dkt. No. 15). On November 27, 2017, a text order issued by Magistrate Judge Peebles on November 17, 2017 and mailed to Plaintiff was returned as undeliverable. (Dkt. No. 23).

On December 19, 2017, the Court issued an Order giving Plaintiff fourteen days to file his current address and objections, if any, to the Report-Recommendation. (Dkt. No. 24). The Order was sent to Plaintiff's last known address via regular mail, and was returned as undeliverable. (Dkt. No. 25). No objections to the Report-Recommendation have been filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts it in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation (Dkt. No. 13) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the Complaint is dismissed for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that the Clerk of the Court serve a copy of this Decision and Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: January 30, 2018
       Syracuse, New York

Brenda K. Sannes
U.S. District Judge